IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | 3:10-cr-00087 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| PAUL BIEBER, | * | FINAL JURY INSTRUCTIONS |
| | * | |
| Defendant. | * | |

JURY QUESTION:

We're disagreeing on the definition of conspiracy (even with careful attention to instruction #11). Does this refer to a planned scheme or being at the table recognizing that illegal transactions are occurring?

ANSWER:

Please refer to the jury instructions as a whole, and in particular instruction number 11. Beyond that the Court can not provide any additional assistance.

Dated this _15th_ day of June, 2011.

_____
ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT

We're disagreeing on the definition of conspiracy (even with careful attention to Instruction #11).

Does this refer to a planned scheme or being at the table recognizing that illegal transactions are ~~might~~ occurring.

Court Exhibit #1