IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | 3:10-cr-00087 |
| Plaintiff, | * | |
| v. | * | |
| PAUL BIEBER, | * | FINAL JURY |
| | * | INSTRUCTIONS |
| Defendant. | * | |

JURY QUESTION:

With conversation/deliberation the jury is at an impasse on all counts—with no change since we convened.  Advice?

ANSWER:

Please continue to deliberate and refer to jury instruction number 24.


Dated this _15th_ day of June, 2011.


ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT

With conversation/deliberation
the jury is at an impasse
on all counts — with no
change since we convened.
        Advice?

Court
Exhibit
#2