IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | 3:10-cr-00087 |
| v. | * | |
| PAUL BIEBER, | * | JURY QUESTIONS |
| Defendant. | * | |

JURY QUESTION:

Could you clarify the following ?
Are side agreements not listed on the HUD-1 legal or illegal?

Is there a difference between a dual contract and a side agreement?


ANSWER:

The Court is unable to answer either of these questions.

You must depend on your own independent recollection of the testimony regarding these questions.


Dated this _15th_ day of June, 2011.

_____
ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT

Could you clarify the following?

Are side agreements not listed on the HUD-1 legal or illegal?

Is there a difference between a dual contract and a side agreement?

**Court Exhibit #3**