IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | 3:10-cr-00087 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| PAUL BIEBER, | * | JURY QUESTION |
| | * | |
| Defendant. | * | |

JURY QUESTION:

We have no progress since convening. I will need to leave for class in Iowa City by 4:15. Could we please have direction relative to scheduling and where we go from here?

We have no progress since convening. I will need to leave for class in Iowa City by 4:15. Could we please have direction relative to scheduling and where we go from here.

Thank you

Court Exhibit #4