United States District Court
Southern District of Iowa

| | | |
|---|---|---|
| Presiding: Honorable | | |
| Criminal No. | : | Clerk's Court Minutes - Plea |

...............................................................................................................................

| | | |
|---|---|---|
| United States of America | : | Gov. Atty(s) |
| vs. | : | Def. Atty(s) |
| | : | Court Reporter: |
| | : | Interpreter: |
| | : | |

...............................................................................................................................

| | | | |
|---|---|---|---|
| Date: | : | Indictment | Superseding Indictment |
| Time Start: | : | | Information |
| Time End: | : | In | Counts - Code Violation: |
| ............................................. | : | | |

Waiver of Indictment filed:
Information filed:
Arraignment conducted:
Plea Agreement filed:                         Court satisfied with:
Plea agreement terms                          Factual basis:
   acceptable to Court:          Voluntariness:
Statement by deft. In advance                 Competency to plea:
   of plea of guilty filed:      Court accepts plea:
Deft. Plea of guilty                          Court rejects plea:
   count(s):                     Status Conference set for:
Defendant Sworn:                              Bond previously set:
Deft. advised of sentencing                   Bond continued:
   guidelines:                   Bond changed to:
Deft. advised of crime                        Deft. Committed:
   victim fund assessment:
Deft. Advised of right to                     Sentencing set for:
   jury trial:
Detention hearing conducted:
...............................................................................................................................
Minutes:

_____

Deputy Clerk